JS - 6    **LINK: 183**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>Plaintiff,<br><br>vs.<br><br>BEVERLLY JEWELLERY CO. LTD.,<br><br>Defendant. | **Case No. CV 06-05170 GAF (RCx)**<br><br><br>JUDGMENT |

The Court, having entered default judgment on February 10, 2009 in favor of plaintiff Tacori Enterprises ("Tacori") and against defendant Beverlly Jewellery Company Limited ("Beverlly") in the amount of $832,245.25, and having granted Tacori's request for attorneys' fees and court costs on April 6, 2009 in the amount of $350,090.76,

Judgment is hereby entered in favor of Tacori in the amount of $1,182,336.01 for the reasons and in the manner set forth in the Court's February 10, 2009 Memorandum and Order and April 6, 2009 Order. Beverlly and Beverlly's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, are hereby permanently enjoined from: (1) imitating, copying, making unauthorized use of, or engaging in any unauthorized distribution of products protected by Tacori's copyrights in ring styles HT 2229, HT 2229A, HT 2259, and HT 2352 (copyright registration numbers VA 1-120-166,

1   VA 1-147-455, VA 1-187- 165, and VA 1-225-366, respectively) (collectively, "Tacori
2   Copyrights") and the trade dress at issue in this action ("Tacori Trade Dress"); (2)
3   selling, distributing, advertising, manufacturing or purchasing Beverlly Ring Style Nos.
4   BJ4112, BJ4112-3, BJ4463A1, BJ4463A2, and BJ4556 or any rings substantially similar
5   to those ring styles; (3) engaging in any other activity constituting an infringement of the
6   Tacori Copyrights and Tacori Trade Dress, or constituting any dilution of the Tacori
7   Trade Dress, or constituting any infringement of Tacori's rights in, or right to use or
8   exploit the Tacori Copyrights and Tacori Trade Dress; and (4) assisting, aiding or
9   abetting any other person or business entity in engaging in or performing any of the
10  activities referred to herein.

12  **IT IS SO ORDERED.**

14  DATED: April 6, 2009

_____
Judge Gary Allen Fees
United States District Court